UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Erick C.,

Petitioner,

v.

Mike Stasko, Jail Administrator, Freeborn County Jail; David Easterwood, Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; David J. Venturella, Acting Director, United States Immigration and Customs Enforcement; Markwayne Mullin, Secretary of Homeland Security; and Todd Blanche, United States Attorney General, in their official capacities,

Respondents.

Civ. No. 26-4180 (PAM/DJF)

**ORDER**

---

This matter is before the Court on Petitioner Erick C.'s Notice of Voluntary Dismissal. (Docket No. 9.) Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 10, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge